UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALIM HABCHI (A078 408 079)<br><br>Plaintiff,<br><br>vs.<br><br>DENIS RIORDAN, Director,<br>Boston Service Center;<br>DAVID ROARK, Director,<br>Texas Service Center<br>ALEJANDRO MAYORKAS,<br>Director, USCIS;<br>JANET NAPOLITANO,<br>Secretary of Homeland Security;<br>ERIC H. HOLDER, JR.,<br>Attorney General;<br>CARMEN ORTIZ, U.S.<br>Attorney, District of Massachusetts<br><br>Defendants. | CASE NO. 10-cv-10090 |

**(Proposed) ORDER GRANTING STIPULATED MOTION TO DISMISS**

For the reasons stated in the Stipulated Motion to Dismiss Plaintiff's Complaint, the Stipulated Motion is GRANTED and this Court dismisses the Complaint with prejudice.

DATED  12/23/10                   _Nathaniel M. Gorton_
                                  The Honorable Nathaniel M. Gorton
                                  United States District Judge